UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:12-cr-00205-GMN-GWF and<br>2:11-cr-0093-KJD-GWF |
| vs. | |
| FRANCISCO IBARRA-MARQUEZ | **ORDER** |
| Defendant. | |

Based upon the above motion and good cause appearing,

IT IS THEREFORE ORDERED that case numbers 2:12-cr-00205-GMN-GWF and 2:11-cr-0093-KJD-GWF be consolidated and entered under case number 2:12-205-GMN-GWF.

DATED 7th day of September 2012.

_____
UNITED STATES DISTRICT JUDGE